**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**YAM BAHADUR KHATRI**                                     **PETITIONER**

**VERSUS**                                 **Cause No. 5:26-cv-345-DCB-BWR**

**RAFAEL VERGARA**                                         **RESPONDENT**

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 8], which recommends that Petitioner Yam Bahadur Khatri ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice because Petitioner's post-removal-period detention claim is premature under the framework set forth in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001). On July 24, 2026, Judge Rath issued this Report, and objections were due by August 7, 2026. No party objected to the Report and the time to do so has now passed.

**I.   DISCUSSION**

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. <u>United States v. Wilson,</u> 864

F.2d 1219, 1221 (5th Cir. 1989).

## II.   CONCLUSION

The Court, having considered Petitioner's Petition [ECF No. 1], the record, relevant law, and Magistrate Judge Rath's Report [ECF No. 8], finds that Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice as premature. Therefore, the Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 8] is hereby ADOPTED and the action is DISMISSED.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 11 day of August, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2